IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HEARTFELT HOME HEALTHCARE )<br>SERVICES, INC., )<br>)<br>Defendant. )<br>                                 ) | Civil Action No. 1:22-cv-00280-CB |

**MOTION FOR ADMISSION *PRO HAC VICE* OF CASEY M. SHEA**

Casey M. Shea, undersigned counsel for Plaintiff U.S. Equal Employment Opportunity Commission, hereby moves that Casey M. Shea be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff U.S. Equal Employment Opportunity Commission pursuant to LCvR 83.2 and LCvR 83.3, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Declaration for Admission *Pro Hac Vice* of Casey M. Shea filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated: 9/29/2022

\_/s/_____
Casey M. Shea
Trial Attorney
MD Bar No. 1706200165, MO Bar No. 69652, CO Bar No. 56220
EEOC – Baltimore Field Office
George H. Fallon Federal Building
31 Hopkins Plaza, Suite 1432

1

Baltimore, Maryland 21201
Phone: (410) 801-6728
Fax: (443) 992-7880

*Counsel for Plaintiff U.S. Equal Employment Opportunity Commission*

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:22-cv-00280-CB |
| v. | ) ) ) | |
| HEARTFELT HOME HEALTHCARE SERVICES, INC., | ) ) ) | |
| Defendant. | ) ) | |

**DECLARATION OF CASEY M. SHEA IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Casey M. Shea, make this declaration in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff U.S. Equal Employment Opportunity Commission pursuant to LCvR 83.2 and LCvR 83.3, and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Casey M. Shea, do hereby declare as follows:

1.  I am a Trial Attorney for the U.S. Equal Employment Opportunity Commission.

2.  My business address is EEOC – Baltimore Field Office, George H. Fallon Federal Building, 31 Hopkins Plaza, Suite 1432 Baltimore, Maryland 21201.

3.  I am a member in good standing of the bars of Maryland, Missouri, and Colorado.

4.  My bar identification numbers are MD 1706200165, MO 69652, CO 56220.

5.  A certificate of good standing and copy of online attorney search active status from Maryland is attached to this Declaration as Exhibit A.

6.  I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7.  I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania

8.  Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I hereby declare under penalty of perjury that the foregoing statements are true and correct. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: 9/29/2022

*/s/ Casey M. Shea*

Casey M. Shea
Trial Attorney
MD Bar No. 1706200165, MO Bar No. 69652, CO Bar No. 56220
EEOC – Baltimore Field Office
George H. Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, Maryland 21201
Phone: (410) 801-6728
Fax: (443) 992-7880

*Counsel for Plaintiff U.S. Equal Employment Opportunity Commission*

## Attachment A

**Court of Appeals of Maryland**
Annapolis, MD



### CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Suzanne Johnson, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twentieth day of June, 2017,

**Casey Marie Shea**

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twentieth day of April, 2021.



_____
Clerk of the Court of Appeals of Maryland

3

